THE PREST-O-LITE COMPANY, Appellant, v. NORMAN M. BRICKNER, Respondent.

Prest-O-Lite Co. v. Brickner, 162 App. Div. 75, reversed.
(Argued March 28, 1917; decided May 1, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 17, 1914, which reversed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff and dismissed the complaint in an action under section 367 of the General Business Law to recover for infringement of a trade mark. Defendant contends that the appellant had no cause of action herein, because section 367 of the General Business Law is unconstitutional, because the law is not available to a foreign corporation, because acetylene gas is not the subject of a trade mark under said section, because the Appellate Division has found as a fact that the appellant's patent expired in 1910, and, therefore, the word " Prest-O-Lite " has become publici juris and is void as a trade mark, and finally, because the appellant's attempt to register its description was defective, and did not comply with the law.

Keyes Winter for appellant.

Louis Lande for respondent.

Judgment of Appellate Division reversed and determination of the Appellate Term affirmed, with costs in Appellate Division and in this court, on authority of Prest-O-Lite Co. v. Ray (220 N. Y. 522).

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.